**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

ROBERT J. MURPHY,          :   No. 127 MM 2023

                 :

         Petitioner        :

                 :

                 :

## ORDER

**PER CURIAM**

       **AND NOW**, this 29th day of February, 2024, the "King's Bench and/or Extraordinary Petition" is DENIED.